IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01396-RBJ-KLM

FEDERAL TRADE COMMISSION and
STATE OF COLORADO, *ex rel.* JOHN W. SUTHERS, ATTORNEY GENERAL,

    Plaintiffs,

v.

RUSSELL T. DALBEY,
DEI, LLLP,
DALBEY EDUCATION INSTITUTE, LLC,
IPME, LLLP,
CATHERINE L. DALBEY, and
MARSHA KELLOGG,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on the parties' **Joint Motion to Add Signatories to Protective Order Regarding Documents Containing Sensitive Personal Identifiers** [Docket No. 131; Filed December 6, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [Docket No. 131-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    Dated: December 8, 2011