IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-1396-RBJ-KLM

FEDERAL TRADE COMMISSION and
STATE OF COLORADO, ex rel.
JOHN W. SUTHERS, ATTORNEY GENERAL

      Plaintiffs,

v.

RUSSELL T. DALBEY,
DEI, LLLP.
DALBEY EDUCATION INSTITUE, LLC,
IPME, LLLP,
CATHERINE L. DALBEY, and
MARSHA KELLOGG,

      Defendants.

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

      This matter has been scheduled for a **two-week bench trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **January 22, 2013 at 9:00 a.m.**

      A Final Pretrial/Trial Preparation Conference is set for **January 4, 2013 at 1:00 p.m.** Counsel who will try the case shall attend in person.

      During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

      For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

Case 1:11-cv-01396-RBJ-KLM   Document 137   Filed 12/13/11   USDC Colorado   Page 2 of 2

DATED this 13th day of December, 2011.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge