IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01396-RBJ-KLM

FEDERAL TRADE COMMISSION and
STATE OF COLORADO, *ex rel.* JOHN W. SUTHERS, ATTORNEY GENERAL,

   Plaintiffs,

v.

RUSSELL T. DALBEY,
DEI, LLLP,
DALBEY EDUCATION INSTITUTE, LLC,
IPME, LLLP,
CATHERINE L. DALBEY, and
MARSHA KELLOGG,

   Defendants.

---

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

   This matter is before the Court on Plaintiff's **Unopposed Motion for Entry of Stipulation and [Proposed] Protective Order Regarding Documents Containing Confidential Information** [Docket No. 165; Filed April 4, 2012] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

   IT IS FURTHER **ORDERED** that the Protective Order [Docket No. 165-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

   Dated: April 9, 2012