IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: April 11, 2012
Court Reporter:    Kara Spitler

Civil Action No. 11-cv-01396-RBJ-KLM

*Parties*:                                             *Counsel*:

FEDERAL TRADE COMMISSION,        David Frankel
STATE OF COLORADO,                       Jay B. Simonson

    Plaintiffs,

v.

RUSSELL T. DALBEY,                            Edward Glynn, Paul Brown
DEI, LLLP,
DALBEY EDUCATION INSTITUTE,
LLC,
IPME, LLLP,
CATHERINE L. DALBEY,                       Edward Glynn, Paul Brown
MARSHA KELLOGG,

    Defendants.

## COURTROOM MINUTES

**ORAL ARGUMENT HEARING**

**9:17 a.m.     Court in session.**

Appearances of counsel.

Opening remarks by the Court.

9:23 a.m.     Argument by Mr. Glynn as to Defendant's Russell and Catherine Dalbey's Motion for Partial Summary Judgment Dismissing the Claim of Plaintiffs' Federal Trade Commission [#144].

| | |
|---|---|
| 9:41 a.m. | Argument by Mr. Frankel. |
| 10:04 a.m. | Rebuttal argument by Mr. Glynn. |
| 10:07 a.m. | Rebuttal argument by Mr. Frankel. |

**ORDERED:** Court takes Defendant's Russell and Catherine Dalbey's Motion for Partial Summary Judgment Dismissing the Claim of Plaintiffs' Federal Trade Commission [#144] UNDER ADVISEMENT.

**10:12 a.m.     Court in recess.**

Hearing concluded.

Total time:     00:55