IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01396-RBJ-KLM

FEDERAL TRADE COMMISSION and
STATE OF COLORADO, *ex rel.* JOHN W. SUTHERS, ATTORNEY GENERAL,

Plaintiffs,

v.

RUSSELL T. DALBEY,
DEI, LLLP,
DALBEY EDUCATION INSTITUTE, LLC,
IPME, LLLP,
CATHERINE L. DALBEY, and
MARSHA KELLOGG,

Defendants.

SUCCESSFUL LIVING, INC.,

Interested Party.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Permit Plaintiffs to Depose Michael Friedhaber After the Discovery Cut-off Date and to Strike the Evidentiary Hearing Set for October 23, 2012** [Docket No. 222; filed September 14, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#222] is **GRANTED**.

IT IS FURTHER **ORDERED** that the Discovery Deadline is extended to **September 25, 2012** for the sole purpose of the deposition of Michael Friedhaber.

IT IS FURTHER **ORDERED** that Plaintiffs' pending oral Motion to Compel Responses to Request for Production No. 3 and Interrogatory No. 1 [*see* Docket No. 220] is deemed **WITHDRAWN**.

IT IS FURTHER **ORDERED** that the Evidentiary Hearing set for October 23, 2012 at 1:30 p.m. is **VACATED**.

Dated: September 17, 2012