IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: January 11, 2013
Court Reporter:      Kara Spitler

Civil Action No. 11-cv-01396-RBJ-KLM

*Parties*:  *Counsel*:

FEDERAL TRADE COMMISSION,  David Frankel
STATE OF COLORADO,  Jay B. Simonson
  Alysa Bernstein
    Plaintiffs,  Michelle Rosenthal
  Elizabeth Tucci
v.

RUSSELL T. DALBEY,  Edward Glynn, Paul Brown, Thomas Adams
DEI, LLLP,
DALBEY EDUCATION INSTITUTE,
LLC,
IPME, LLLP,
CATHERINE L. DALBEY,  Edward Glynn, Paul Brown, Thomas Adams
MARSHA KELLOGG,

    Defendants.

### COURTROOM MINUTES

**ORAL ARGUMENT HEARING**

**8:00 a.m.     Court in session.**

Appearances of counsel.

Opening remarks by the Court.

8:11 a.m.     Argument by Mr. Brown as to Motion and Memorandum of Defendants Russell and Catherine Dalbey to Dismiss all Claims by the FTC, or for Alternative Relief, Based Upon Attorney Misconduct and Request for Expedited Hearing and Oral Argument #[183].

Defendant's witness, Clayton Simmons, called and sworn.

| | |
|---|---|
| 8:37 a.m. | Direct examination of Mr. Simmons by Mr. Brown. |
| 8:51 a.m. | Cross examination of Mr. Simmons by Ms. Tucci. |

Witness excused.

| | |
|---|---|
| 8:56 a.m. | Continued argument by Mr. Brown. |
| **9:15 a.m.** | **Court in recess.** |
| **9:30 a.m.** | **Court in session.** |
| 9:30 a.m. | Argument by Ms. Tucci. |
| 10:38 a.m. | Argument by Mr. Simonson. |
| 10:54 a.m. | Argument by Mr. Glynn. |
| 11:04 a.m. | Argument by Mr. Adams as to Motion for Summary Judgment of Defendants Dalbey Against Plaintiff Colorado Attorney General's Claims Under the Colorado Consumer Protection Act #[200]. |
| 11:10 a.m. | Argument by Mr. Simonson. |
| 11:18 a.m. | Rebuttal argument by Mr. Adams. |

For the reasons as stated on the record it is:

**ORDERED:** Motion for Summary Judgment of Defendants Dalbey Against Plaintiff Colorado Attorney General's Claims Under the Colorado Consumer Protection Act #[200] is DENIED.

| | |
|---|---|
| **11:24 a.m.** | **Court in recess.** |
| **11:34 a.m.** | **Court in session** |
| 11:34 a.m. | Argument by Mr. Frankel as to the Motion and Memorandum of Defendants Russell and Catherine Dalbey to Dismiss all Claims by the FTC, or for Alternative Relief, Based Upon Attorney Misconduct and Request for Expedited Hearing and Oral Argument #[183]. |

**11:56 a.m.**     **Court in recess.**

**1:00 p.m.**     **Court in session.**

1:05 p.m.     Argument by Mr. Glynn as to Defendants' Motion to Exclude Plaintiffs' Experts Dr. Manoj Hastak and Dr. Frederica Conrey #[231].

Mr. Frankel will stand on their briefs regarding Defendants' Motion to Exclude Plaintiffs' Experts Dr. Manoj Hastak and Dr. Frederica Conrey #[231].

1:19 p.m.     Argument by Mr. Frankel as to Plaintiffs' Motion for Summary Judgment on all Counts Against Defendants and the FTC's Memorandum of Points and Authorities in Support of Summary Judgment on Complaint Counts One to Four #[233].

**1:30 p.m.**     **Court in recess.**

**1:50 p.m.**     **Court in session.**

Continued argument by Mr. Frankel.

2:18 p.m.     Argument by Mr. Glynn.

2:30 p.m.     Mr. Simonson addresses the Court.

**Court in recess:**     **2:30 p.m.**

**Court in session:**     **3:28 p.m.**

Continued argument by Mr. Glynn.

Doug Pierce, counsel for the bankruptcy trustee, addresses the Court.

3:44 p.m.     Rebuttal argument by Mr. Frankel.

4:07 p.m.     Rebuttal argument by Mr. Glynn.

Mr. Brown addresses the Court.

**Court in recess:        4:28 p.m.**

Hearing concluded.
Total time:      05:41