IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:       11-cv-01396-RBJ | Date: November 18, 2014 |
| Courtroom Deputy:   Julie Dynes | Court Reporter:  Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| FEDERAL TRADE COMMISSION | *Sydney M. Knight* |
| | *Tawana E. Davis* |
| STATE OF COLORADO | *Jay B. Simonson* |
| JOHNS W. SUTHERS ATTORNEY GENERAL | |
| **Plaintiff(s)** | |
| v. | |
| RUSSELL T. DALBEY | *Paul R. Brown* |
| DEI LLLP | *Douglas C. Pearce, II* |
| DALBY EDUCATION INSTITUTE LLC | |
| IPME LLLP | |
| CATHERINE L. DALBEY | |
| MARSHA KELLOGG | |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  10:06 a.m.

Appearance of counsel.

Argument given on [293] Defendants Russell and Catherine Dalbey's Motion Challenging Plaintiffs' Determination of "Maximum Ability to Pay" Under Stipulated Judgment.

**ORDERED:**   [293] Defendants Russell and Catherine Dalbey's Motion Challenging Plaintiffs' Determination of "Maximum Ability to Pay" Under Stipulated Judgment is TAKEN UNDER ADVISEMENT, written order to issue.

Written decision is withheld for 10 days for the parties to try to come to a resolution.

Discussion held on bankruptcy estate issues.

Court in Recess:  11:47 a.m.          Hearing concluded.          Total time in Court:    01:41